250

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65884.**—Lang & Marshall Co., Inc. *v.* United States, protests 311919–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65885.**—Republic Interocean Corp. *v.* United States, protest 60/21093 (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 65886.**—Arthur J. Fritz and Japan Trade Center et al. *v.* United States, protests 59/23395, etc. (San Francisco).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65887.**—John T. Bill & Co. et al. *v.* United States, protests 60/4431, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65888.—Geo. S. Bush & Co., Inc., and R. H. Brown Co., Inc., et al. *v.* United States, protests 60/31377, etc. (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JULY 12, 1961

No. 65889.—Eastern Commission Co., Inc., et al. *v.* United States, protests 60/27050, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JULY 12, 1961

No. 65890.—Raleigh Industries of Amer., Inc., and National Carloading Corp. et al. *v.* United States, protests 58/6559–S, etc. (New York).